In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-23-00192-CR
_____

### IN RE RAYMOND PEOPLES JR.

_____

### Original Proceeding
### Criminal District Court of Jefferson County, Texas

_____

### MEMORANDUM OPINION

Through a *pro se* petition for a writ of mandamus filed as an original proceeding with this Court, Raymond Peoples Jr. complains that the trial court refused to file an application for a writ of habeas corpus under article 11.08 of the Texas Code of Criminal Procedure. He asks this Court to compel the trial court to accept his writ application. Peoples has not shown that he is currently under indictment for a criminal case filed in the Criminal District Court of Jefferson County, nor has he shown that he is currently acting as *pro se* in the trial court and

1

is not represented by counsel.[1] Accordingly, we deny the petition for a writ of mandamus without prejudice. *See* Tex. R. App. P. 52.8(a).

       PETITION DENIED.

                       PER CURIAM

Submitted on July 18, 2023
Opinion Delivered July 19, 2023
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

---

[1] We note that the mandamus petition suffers from notable defects. *See* Tex. R. App. P. 52. Peoples fails to identify the real party in interest or certify that he served a copy of his mandamus petition on the respondent and on the real party in interest. *See id.* at 52.2, 52.3(a); *see also* Tex. R. App. P. 9.5. The petition lacks the information required by Rule 52.3(b) – (h). We use Rule 2, however, to look beyond these deficiencies to reach an expeditious result. *See* Tex. R. App. P. 2.